UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-60998-RAR

**VICTORIA DAWKINS**, *on behalf of herself and all others similarly situated*,

      Plaintiff,

v.

**CARRINGTON MORTGAGE SERVICES, LLC**,

      Defendant.
_____/

**ORDER DISMISSING CASE WITH PREJUDICE**

**THIS CAUSE** comes before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, [ECF No. 68]. Being fully advised, it is

**ORDERED AND ADJUDGED** that this action is **DISMISSED** *with prejudice*, with all parties bearing their own attorneys' fees and costs. The Clerk shall **CLOSE** this case and any pending motions are **DENIED AS MOOT.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 14th day of December, 2022.

 

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**